ADRMOP, CLOSED, E–Filing

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:10–cv–02673–JSW

Sierra Club et al v. U.S. Defense Energy Support Center et al
Assigned to: Hon. Jeffrey S. White
Cause: 05:702 Administrative Procedure Act

Date Filed: 06/18/2010
Date Terminated: 01/11/2011
Jury Demand: None
Nature of Suit: 895 Freedom of Information Act
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Sierra Club**     represented by     **Douglas Patrick Hayes**
Sierra Club Environmental Law Program
1650 38th Street
Suite 102W
Boulder, CO 80301
(303) 449–5595
Email: doug.hayes@sierraclub.org
*ATTORNEY TO BE NOTICED*

**Eric E. Huber**
Sierra Club
1650 38th Street
Suite 102W
Boulder, CO 80301
303–449–5595
Fax: 303–449–6520
Email: eric.huber@sierraclub.org
*ATTORNEY TO BE NOTICED*

**Gary Allen Davis**
Gary A. Davis Attorney at Law
PO Box 649
61 North Andrews Ave.
Hot Springs, NC 28743
828–622–0044
Fax: 828–622–7610
Email: gadavis@enviroattorney.com
*ATTORNEY TO BE NOTICED*

**James Smarr Whitlock**
61 North Andrews Avenue
PO Box 649
Hot Springs, NC 28743
828–622–0044
Email: jwhitlock@enviroattorney.com
*ATTORNEY TO BE NOTICED*

**Kristin A. Henry**
Sierra Club
85 Second Street
2nd Floor

San Francisco, CA 94105
415−977−5727
Email: kristin.henry@sierraclub.org
*ATTORNEY TO BE NOTICED*

**Patrick Gallagher**
Sierra Club
85 Second Street
San Francisco, CA 94104
415−977−5709
Fax: 415−977−5793
Email: pat.gallagher@sierraclub.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southern Alliance for Clean Energy**  represented by  **Douglas Patrick Hayes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric E. Huber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary Allen Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Smarr Whitlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin A. Henry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. Defense Energy Support Center**  represented by  **David Bernard Glazer**
U.S. Department of Justice
Environment &Natural Resources Division
301 Howard Street
Suite 1050
San Francisco, CA 94105
415−744−6477
Fax: 415−744−6476
Email: david.glazer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Steven Gillingham**
1100 L St. NW
Washington, DC 20036
202−616−2311
Email: steve.gillingham@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kurt Kunkel**                            represented by   **David Bernard Glazer**
*Commander of the U.S. Defense Energy*                      (See above for address)
*Support System*                                          *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Steven Gillingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Department of Defense**                 represented by   **David Bernard Glazer**
                                                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                         **Steven Gillingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Gates**                            represented by   **David Bernard Glazer**
*Secretary of the Department of Defense*                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                         **Steven Gillingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Defense Logistics Agency**              represented by   **David Bernard Glazer**
                                                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                         **Steven Gillingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Alan S. Thompson** *Director of the Defense Logistics Agency* | represented by | **David Bernard Glazer** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Steven Gillingham** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Intervenor Dft**

| | | |
|---|---|---|
| **American Petroleum Institute** | represented by | **Elizabeth Rickard Toben** Sidley Austin LLP 555 California Street 20th Flr San Francisco, CA 94104 415–772–1200 Email: etoben@sidley.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Peter R. Steenland** Sidley Austin LLP 1501 K Street, N.W. Washington, DC 20005 202–736–8000 *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **William E. Gerard** Sidley Austin LLP 1501 K Street, N.W. Washington, DC 20005 202–736–8000 *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Intervenor Dft**

| | | |
|---|---|---|
| **National Petrochemical and Refiners Association** | represented by | **Elizabeth Rickard Toben** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Peter R. Steenland** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **William E. Gerard** |

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

| **Chamber of Commerce of the United States of America** | represented by | **Elizabeth Rickard Toben**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2010 | Ï 1 | COMPLAINT /issued summons against Robert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense ( Filing fee $ 350, receipt number 34611047162.). Filed bySierra Club, Southern Alliance for Clean Energy. (Attachments: # 1 Civil Cover Sheet)(ga, COURT STAFF) (Filed on 6/18/2010) (Entered: 06/21/2010) |
| 06/18/2010 | Ï 2 | ADR SCHEDULING ORDER: Case Management Statement due by 9/22/2010. Case Management Conference set for 9/29/2010 10:30 AM in Courtroom F, 15th Floor, San Francisco.. Signed by Judge James Larson on 6/18/10. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 6/18/2010) (Entered: 06/21/2010) |
| 06/18/2010 | Ï | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 6/18/2010) (Entered: 06/21/2010) |
| 06/25/2010 | Ï 3 | CERTIFICATE OF SERVICE by Sierra Club, Southern Alliance for Clean Energy re 1 Complaint, (Gallagher, Patrick) (Filed on 6/25/2010) (Entered: 06/25/2010) |
| 06/25/2010 | Ï 4 | MOTION for Admission of Attorney Eric E. Huber Pro Hac Vice (Filing fee $ 210.00, receipt number 34611047409) filed by Sierra Club, Southern Alliance for Clean Energy. (gba, COURT STAFF) (Filed on 6/25/2010) (Entered: 06/28/2010) |
| 06/25/2010 | Ï 5 | MOTION for Admission of Attorney Douglas P. Hayes Pro Hac Vice (Filing fee $ 210.00, receipt number 34611047410) filed by Sierra Club, Southern Alliance for Clean Energy. (gba, COURT STAFF) (Filed on 6/25/2010) (Entered: 06/28/2010) |
| 06/29/2010 | Ï 6 | ORDER by Judge James Larson Granting Admission of Eric Huber 4 Motion for Pro Hac Vice (jlsec, COURT STAFF) (Filed on 6/29/2010) (Entered: 06/29/2010) |
| 06/29/2010 | Ï 7 | ORDER by Judge James Larson Granting Admission of Douglas Hayes 5 Motion for Pro Hac Vice (jlsec, COURT STAFF) (Filed on 6/29/2010) (Entered: 06/29/2010) |
| 07/08/2010 | Ï 8 | Statement *of Corporate Disclosure* by Southern Alliance for Clean Energy. (Davis, Gary) (Filed on 7/8/2010) (Entered: 07/08/2010) |
| 07/08/2010 | Ï 9 | Statement *of Corporate Disclosure* by Sierra Club. (Davis, Gary) (Filed on 7/8/2010) (Entered: 07/08/2010) |
| 07/16/2010 | Ï 12 | MOTION for attorney James S. Whitlock leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611048220.) filed by Sierra Club, Southern Alliance for Clean Energy. (Attachments: # 1 Proposed Order)(ga, COURT STAFF) (Filed on 7/16/2010) (Entered: 07/21/2010) |
| 07/19/2010 | Ï 10 | CERTIFICATE OF SERVICE by Sierra Club re 6 Order on Motion for Pro Hac Vice, 8 Statement, 9 Statement, 7 Order on Motion for Pro Hac Vice (Huber, Eric) (Filed on 7/19/2010) |

| | | |
|---|---|---|
| | | (Entered: 07/19/2010) |
| 07/20/2010 | 11 | NOTICE of Appearance by David Bernard Glazer *on Behalf of the Federal Defendants* (Glazer, David) (Filed on 7/20/2010) (Entered: 07/20/2010) |
| 07/21/2010 | 13 | ORDER by Judge James Larson granting Admission of James Whitlock 12 Motion for Pro Hac Vice (jlsec, COURT STAFF) (Filed on 7/21/2010) (Entered: 07/21/2010) |
| 07/23/2010 | 14 | NOTICE of Appearance by Steven Gillingham (Gillingham, Steven) (Filed on 7/23/2010) (Entered: 07/23/2010) |
| 09/01/2010 | 15 | CONSENT to Proceed Before a US Magistrate Judge by Sierra Club, Southern Alliance for Clean Energy.. (Davis, Gary) (Filed on 9/1/2010) (Entered: 09/01/2010) |
| 09/01/2010 | 16 | Declination to Proceed Before a U.S. Magistrate Judge by Robert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense. (Gillingham, Steven) (Filed on 9/1/2010) (Entered: 09/01/2010) |
| 09/01/2010 | 17 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (fj, COURT STAFF) (Filed on 9/1/2010) (Entered: 09/01/2010) |
| 09/02/2010 | 18 | ORDER REASSIGNING CASE. Case reassigned to Hon. Jeffrey S. White for all further proceedings. Magistrate Judge James Larson no longer assigned to the case.. Signed by Executive Committee on 9/2/10. (ha, COURT STAFF) (Filed on 9/2/2010) (Entered: 09/02/2010) |
| 09/03/2010 | 19 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 10/1/2010 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Case Management Statement due by 9/24/2010.. Signed by Judge Jeffrey S. White on 9/3/10. (jjoS, COURT STAFF) (Filed on 9/3/2010) (Entered: 09/03/2010) |
| 09/10/2010 | 20 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *by Plaintiff Sierra Club* (Davis, Gary) (Filed on 9/10/2010) (Entered: 09/10/2010) |
| 09/10/2010 | 21 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *by Plaintiff SACE* (Davis, Gary) (Filed on 9/10/2010) (Entered: 09/10/2010) |
| 09/10/2010 | 22 | NOTICE of need for ADR Phone Conference (ADR L.R. 3–5 d) (Gillingham, Steven) (Filed on 9/10/2010) (Entered: 09/10/2010) |
| 09/10/2010 | 23 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Gillingham, Steven) (Filed on 9/10/2010) (Entered: 09/10/2010) |
| 09/21/2010 | 24 | ADR Clerks Notice Setting ADR Phone Conference on 9/29/10 at 2:00 p.m. Pacific time. Please take note that at the appointed time, all parties shall call 218–339–2500 and use access code 1057593. (sgd, COURT STAFF) (Filed on 9/21/2010) (Entered: 09/21/2010) |
| 09/22/2010 | | ADR Remark: The ADR Phone Conference scheduled for 9/29/10 is now **set for 9:00 a.m. not 2:00 p.m.** Pacific time. Please note that call–in information remains the same. (sgd, COURT STAFF) (Filed on 9/22/2010) (Entered: 09/22/2010) |
| 09/27/2010 | 25 | CASE MANAGEMENT STATEMENT filed by Robert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense. (Gillingham, Steven) (Filed on 9/27/2010) (Entered: 09/27/2010) |
| 09/28/2010 | 26 | CERTIFICATE OF SERVICE by Sierra Club, Southern Alliance for Clean Energy re 1 Complaint, (Huber, Eric) (Filed on 9/28/2010) (Entered: 09/28/2010) |
| 09/28/2010 | 27 | CERTIFICATE OF SERVICE by Sierra Club, Southern Alliance for Clean Energy re 1 Complaint, (Huber, Eric) (Filed on 9/28/2010) (Entered: 09/28/2010) |

| | | |
|---|---|---|
| 09/29/2010 | 28 | MOTION to Intervene filed by American Petroleum Institute, National Petrochemical and Refiners Association, Chamber of Commerce of the United States of America. Motion Hearing set for 11/12/2010 09:00 AM in Courtroom 11, 19th Floor, San Francisco. (Toben, Elizabeth) (Filed on 9/29/2010) (Entered: 09/29/2010) |
| 09/29/2010 | 29 | Proposed Order re 28 MOTION to Intervene by American Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association. (Toben, Elizabeth) (Filed on 9/29/2010) (Entered: 09/29/2010) |
| 09/29/2010 | 30 | Declaration of Robert Greco III in Support of 28 MOTION to Intervene filed byAmerican Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association. (Related document(s) 28 ) (Toben, Elizabeth) (Filed on 9/29/2010) (Entered: 09/29/2010) |
| 09/29/2010 | 31 | Declaration of Gregory M. Scott in Support of 28 MOTION to Intervene filed byAmerican Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association. (Related document(s) 28 ) (Toben, Elizabeth) (Filed on 9/29/2010) (Entered: 09/29/2010) |
| 09/29/2010 | 32 | Declaration of Karen A. Harbert in Support of 28 MOTION to Intervene filed byAmerican Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association. (Related document(s) 28 ) (Toben, Elizabeth) (Filed on 9/29/2010) (Entered: 09/29/2010) |
| 09/29/2010 | 33 | Certificate of Interested Entities by American Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association (Toben, Elizabeth) (Filed on 9/29/2010) (Entered: 09/29/2010) |
| 09/29/2010 |  | ADR Remark: ADR Phone Conference held by RWS on 9/29/10. (sgd, COURT STAFF) (Filed on 9/29/2010) (Entered: 09/29/2010) |
| 09/29/2010 | 35 | MOTION for leave to appear in Pro Hac Vice–William E. Gerard ( Filing fee $ 210, receipt number 34611051150.) filed by American Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association. (hdj, COURT STAFF) (Filed on 9/29/2010) (Entered: 09/30/2010) |
| 09/29/2010 | 36 | Proposed Order re 35 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611051150.) MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611051150.) by American Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association. (hdj, COURT STAFF) (Filed on 9/29/2010) (Entered: 09/30/2010) |
| 09/29/2010 | 37 | MOTION for leave to appear in Pro Hac Vice–Peter R. Steenland ( Filing fee $ 210, receipt number 34611051150.) filed by American Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association. (hdj, COURT STAFF) (Filed on 9/29/2010) (Entered: 09/30/2010) |
| 09/29/2010 | 38 | Proposed Order re 37 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611051150.) MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611051150.) by American Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association. (hdj, COURT STAFF) (Filed on 9/29/2010) (Entered: 09/30/2010) |
| 09/29/2010 | 39 | CERTIFICATE OF SERVICE by American Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association re 38 Proposed Order, 36 Proposed Order, 35 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611051150.) MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, |

| | | |
|---|---|---|
| | | receipt number 34611051150.), 37 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611051150.) MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611051150.) (hdj, COURT STAFF) (Filed on 9/29/2010) (Entered: 09/30/2010) |
| 09/30/2010 | 34 | ORDER SETTING BRIEFING SCHEDULE ON MOTION TO INTERVENE. Signed by Judge Jeffrey S. White on 9/30/10. (jjoS, COURT STAFF) (Filed on 9/30/2010) (Entered: 09/30/2010) |
| 10/01/2010 | 40 | ORDER by Judge Jeffrey S. White granting 37 Motion for Pro Hac Vice for Peter R. Steenland (jjoS, COURT STAFF) (Filed on 10/1/2010) (Entered: 10/01/2010) |
| 10/01/2010 | 41 | ORDER by Judge JEFFREY S. WHITE granting 35 Motion for Pro Hac Vice for William E. Gerard (jjoS, COURT STAFF) (Filed on 10/1/2010) (Entered: 10/01/2010) |
| 10/04/2010 | 42 | Minute Entry: Initial Case Management Conference held on 10/1/2010 before Judge Jeffrey S. White (Date Filed: 10/4/2010). Case Management Statement due by 12/10/2010. Further Case Management Conference set for 12/17/2010 09:00 AM. Motion for Change of Venue set for 12/17/2010 09:00 AM in Courtroom 11, 19th Floor, San Francisco. Hearing on Motions for Summary Judgment set for 3/25/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco. (Court Reporter Joan Columbini.) (jjoS, COURT STAFF) (Date Filed: 10/4/2010) (Entered: 10/04/2010) |
| 10/04/2010 | 43 | STIPULATION by Robert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense. (Gillingham, Steven) (Filed on 10/4/2010) (Entered: 10/04/2010) |
| 10/08/2010 | 44 | Joint Declination to Proceed Before a U.S. Magistrate Judge by Robert Gates, Kurt Kunkel, Sierra Club, Southern Alliance for Clean Energy, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense. (Davis, Gary) (Filed on 10/8/2010) (Entered: 10/08/2010) |
| 10/12/2010 | 45 | RESPONSE in Support re 28 MOTION to Intervene *(Non−Opposition)* filed byRobert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense. (Glazer, David) (Filed on 10/12/2010) (Entered: 10/12/2010) |
| 10/13/2010 | 46 | Proposed Order re 28 MOTION to Intervene by Sierra Club, Southern Alliance for Clean Energy. (Whitlock, James) (Filed on 10/13/2010) (Entered: 10/13/2010) |
| 10/18/2010 | 47 | NOTICE by American Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association re 34 Order *Setting Briefing Schedule on Motion to Intervene* (Attachments: # 1 Exhibit, # 2 Exhibit)(Toben, Elizabeth) (Filed on 10/18/2010) (Entered: 10/18/2010) |
| 10/19/2010 | 48 | Statement of Non−Opposition re 28 MOTION to Intervene filed bySierra Club, Southern Alliance for Clean Energy. (Attachments: # 1 Proposed Order)(Related document(s) 28 ) (Whitlock, James) (Filed on 10/19/2010) (Entered: 10/19/2010) |
| 10/19/2010 | 49 | ORDER by Judge Jeffrey S. White granting 28 Motion to Intervene (jjoS, COURT STAFF) (Filed on 10/19/2010) (Entered: 10/19/2010) |
| 10/29/2010 | 50 | *Defendants'* ANSWER to Complaint byRobert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense. (Gillingham, Steven) (Filed on 10/29/2010) (Entered: 10/29/2010) |
| 10/29/2010 | 51 | ANSWER to Complaint byAmerican Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association. (Toben, Elizabeth) (Filed on 10/29/2010) (Entered: 10/29/2010) |

| | | |
|---|---|---|
| 11/12/2010 | ï 52 | First MOTION to Change Venue filed by Robert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense. Motion Hearing set for 12/17/2010 09:00 AM in Courtroom 11, 19th Floor, San Francisco. (Attachments: # 1 Appendix)(Gillingham, Steven) (Filed on 11/12/2010) (Entered: 11/12/2010) |
| 11/12/2010 | Ï | ***Deadlines terminated: **Motion placeholder is vacated pursuant to the filing of:** 52 First MOTION to Change Venue filed by Alan S. Thompson, U.S. Department of Defense, U.S. Defense Logistics Agency, Kurt Kunkel, U.S. Defense Energy Support Center, Robert Gates. (jjoS, COURT STAFF) (Filed on 11/12/2010) (Entered: 11/12/2010) |
| 11/12/2010 | ï 53 | MOTION to Change Venue filed by American Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association. Motion Hearing set for 12/17/2010 09:00 AM in Courtroom 11, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Toben, Elizabeth) (Filed on 11/12/2010) (Entered: 11/12/2010) |
| 11/12/2010 | ï 54 | Proposed Order re 52 First MOTION to Change Venue by Robert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense. (Gillingham, Steven) (Filed on 11/12/2010) (Entered: 11/12/2010) |
| 11/18/2010 | ï 55 | MOTION for Extension of Time to File Response/Reply as to 52 First MOTION to Change Venue, 53 MOTION to Change Venue filed by Sierra Club, Southern Alliance for Clean Energy. Motion Hearing set for 12/17/2010 09:00 AM in Courtroom 11, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Davis, Gary) (Filed on 11/18/2010) (Entered: 11/18/2010) |
| 11/19/2010 | ï 56 | AMENDED COMPLAINT *FIRST* against American Petroleum Institute, Chamber of Commerce of the United States of America, Robert Gates, Kurt Kunkel, National Petrochemical and Refiners Association, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense. Filed bySierra Club, Southern Alliance for Clean Energy. (Davis, Gary) (Filed on 11/19/2010) (Entered: 11/19/2010) |
| 11/24/2010 | ï 57 | ORDER by Judge JEFFREY S. WHITE granting 55 Motion for Extension of Time to File Response/Reply as to 52 First MOTION to Change Venue, 53 MOTION to Change Venue. Responses due by 12/1/2010. Replies due by 12/15/2010. (jjoS, COURT STAFF) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | Ï | Set/Reset Deadlines as to 53 MOTION to Change Venue, 52 First MOTION to Change Venue. Responses due by 12/1/2010. Replies due by 12/15/2010. Motion Hearing set for 1/21/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco. (jjoS, COURT STAFF) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/24/2010 | ï 58 | CLERKS NOTICE Case Management Conference set for 2/18/2011 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Joint case management statement due: 2/11/2011. (jjoS, COURT STAFF) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 12/01/2010 | ï 59 | Memorandum in Opposition re 53 MOTION to Change Venue, 52 First MOTION to Change Venue filed bySierra Club, Southern Alliance for Clean Energy. (Attachments: # 1 Exhibit A – Voss Declaration, # 2 Exhibit B – Magavern Declaration, # 3 Exhibit C – LMI Report, # 4 Proposed Order, # 5 Exhibit Unpublished Opinion, # 6 Exhibit Unpublished Opinion, # 7 Exhibit Unpublished Opinion, # 8 Exhibit Unpublished Opinion)(Davis, Gary) (Filed on 12/1/2010) (Entered: 12/01/2010) |
| 12/03/2010 | ï 60 | ANSWER to Amended Complaint byAmerican Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association. (Toben, Elizabeth) (Filed on 12/3/2010) (Entered: 12/03/2010) |
| 12/06/2010 | ï 61 | *Defendant's* ANSWER to Amended Complaint byRobert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of |

| | | |
|---|---|---|
| | | Defense. (Gillingham, Steven) (Filed on 12/6/2010) (Entered: 12/06/2010) |
| 12/15/2010 | 62 | Reply to Opposition re 53 MOTION to Change Venue filed byAmerican Petroleum Institute, Chamber of Commerce of the United States of America, National Petrochemical and Refiners Association. (Toben, Elizabeth) (Filed on 12/15/2010) (Entered: 12/15/2010) |
| 12/15/2010 | 63 | Reply to Opposition re 52 First MOTION to Change Venue filed byRobert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense. (Gillingham, Steven) (Filed on 12/15/2010) (Entered: 12/15/2010) |
| 12/30/2010 | 64 | MOTION for Leave to File *Administrative Record Manually* filed by Robert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense. Motion Hearing set for 12/21/2010 09:00 AM in Courtroom 11, 19th Floor, San Francisco before Hon. Jeffrey S. White. (Gillingham, Steven) (Filed on 12/30/2010) (Entered: 12/30/2010) |
| 12/30/2010 | 65 | Proposed Order re 64 MOTION for Leave to File *Administrative Record Manually* by Robert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense. (Gillingham, Steven) (Filed on 12/30/2010) (Entered: 12/30/2010) |
| 01/03/2011 | 66 | ORDER by Judge JEFFREY S. WHITE granting 64 Motion for Leave to File Administrative Record Manually (jjoS, COURT STAFF) (Filed on 1/3/2011) (Entered: 01/03/2011) |
| 01/04/2011 | 67 | MOTION Leave From Requirment to Submit Paper Copy of Administrative Record to Chambers *Unopposed* filed by Sierra Club, Southern Alliance for Clean Energy. (Attachments: # 1 Proposed Order)(Whitlock, James) (Filed on 1/4/2011) (Entered: 01/04/2011) |
| 01/04/2011 | 68 | ORDER by Judge Jeffrey S. White granting 67 Motion for Leave From Requirement to Submit A Paper Copy of the Administrative Record (jjoS, COURT STAFF) (Filed on 1/4/2011) (Entered: 01/04/2011) |
| 01/06/2011 | 69 | NOTICE by Robert Gates, Kurt Kunkel, Alan S. Thompson, U.S. Defense Energy Support Center, U.S. Defense Logistics Agency, U.S. Department of Defense re 66 Order on Motion for Leave to File *Filing Administrative Record* (Gillingham, Steven) (Filed on 1/6/2011) (Entered: 01/06/2011) |
| 01/11/2011 | 70 | ORDER by Judge Jeffrey S. White GRANTING 52 , 53 Motion to Change Venue. (jswlc2, COURT STAFF) (Filed on 1/11/2011) (Entered: 01/11/2011) |