UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SIERRA CLUB, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:11cv41 |
| | ) | |
| UNITED STATES DEFENSE ENERGY | ) | |
| SUPPORT CENTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AMERICAN PETROLEUM | ) | |
| INSTITUTE, *et al.*, | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |
| | ) | |

## AGREED ORDER OF DISMISSAL

Count III of plaintiffs' complaint in the above-captioned action having been settled by agreement of the parties, it is hereby

ORDERED that Count III of plaintiffs' complaint be, and hereby is, DISMISSED WITH PREJUDICE.

Date: *Aug 1, 2011*

/s/
Claude M. Hilton
United States District Judge

///
///

WE ASK FOR THIS:

_____

Dennis C. Barghaan, Jr.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax:        (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov

ATTORNEYS FOR FEDERAL
DEFENDANTS

Date: 7/20/11

_____

David S. Bailey (Va. Bar No. 24940)   w/ permission by Tammy H Beling
The Environmental Law Group, PLLC
5803 Staples Mill Road
Telephone: (804) 433-1980
Fax:        (804) 433-1981
E-mail: dbailey@envirolawva.com

Date: July 21, 2011

ATTORNEYS FOR PLAINTIFFS

_____

Timothy K. Webster (Va. Bar. No. 33246)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone: (202) 736-8138
Fax: (202) 736-8711
E-Mail: twebster@sidley.com

ATTORNEYS FOR INTERVENOR
DEFENDANTS

Date: _____

2

WE ASK FOR THIS:

_____

Dennis C. Barghaan, Jr.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax:          (703) 299-3983
E-Mail: dennis.barghaan@usdoj.gov

ATTORNEYS FOR FEDERAL
DEFENDANTS

Date: _____

David S. Bailey (Va. Bar No. 24940)
The Environmental Law Group, PLLC
5803 Staples Mill Road
Telephone: (804) 433-1980
Fax:          (804) 433-1981
E-mail:  dbailey@envirolawva.com

Date: July 21, 2011

ATTORNEYS FOR PLAINTIFFS

Timothy K. Webster (Va. Bar. No. 33246)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8138
Fax: (202) 736-8711
E-Mail: twebster@sidley.com

ATTORNEYS FOR INTERVENOR
DEFENDANTS

Date: 7/26/2011

2